# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schreier, Karen E. | U.S. District Court, District of South Dakota | 05/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States District Court
400 S. Phillips Avenue
Sioux Falls, SD 57104

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member Board of Directors | South Dakota Children's Home Society |
| 2. | Member Board of Directors/Secretary | Federal Judges Association |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self-employed (attorney) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | April 15-16, 2019 | Dallas, TX | Board of Directors Meeting | Transportation, meals, lodging |
| 2. | Washington University | August 18-20, 2019 | St. Louis, MO | New Students Convocation Speaker | Transportation, meals, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schreier, Karen E.** | 05/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schreier, Karen E.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. GREAT WESTERN BANK ACCOUNT (cash) | A | Interest | K | T | | | | | |
| 2. DISCOVER BANK ACCOUNT (cash) | D | Interest | N | T | | | | | |
| 3. NEW YORK LIFE INSURANCE CO. - FIXED ADVANTAGE ANNUITY | B | Interest | K | T | | | | | |
| 4. NEW YORK LIFE UNIVERSAL LIFE POLICY | B | Dividend | L | T | | | | | |
| 5. LINCOLN FINANCIAL GROUP UNIVERSAL LIFE INS. POLICY | A | Interest | J | T | | | | | |
| 6. PROTECTIVE UNIVERSAL LIFE INS POLICY | A | Interest | J | T | | | | | |
| 7. BRIGHTHOUSE (formerly METLIFE) INS. CO UNIVERSAL LIFE INS POLICY | A | Interest | K | T | | | | | |
| 8. FIRST DAKOTA TITLE INS. LTD. PTR. (1 UNIT) | D | Int./Div. | N | T | | | | | |
| 9. KWB HOTEL PARTNERS, LLC | | None | K | T | | | | | |
| 10. DOUGHERTY & DOUGHERTY LLP | B | Interest | O | U | | | | | |
| 11. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 12. T. ROWE PRICE EQUITY INCOME FUND (PRFDX) | D | Dividend | L | T | | | | | |
| 13. T. ROWE PRICE GROWTH STOCK FUND (PRGFX) | C | Dividend | M | T | | | | | |
| 14. T. ROWE PRICE NEW HORIZONS FUND (PRNHX) | E | Dividend | N | T | | | | | |
| 15. T. ROWE PRICE SCIENCE AND TECHNOLOGY FUND (PRSCX) | D | Dividend | M | T | | | | | |
| 16. T. ROWE PRICE VALUE FUND (TRVLX) | B | Dividend | L | T | | | | | |
| 17. IRA #1 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   RBC BANK DEPOSIT PROGRAM (cash account) | A | Interest | J | T | | | | | |
| 19.   ISHARES MORNINGSTAR MID CAP GROWTH (JKH) | A | Dividend | L | T | | | | | |
| 20.   ISHARES S&P SM CAP 600 GROWTH (IJT) | A | Dividend | K | T | | | | | |
| 21.   VANGUARD ADMIRAL FDS INC S&P 500 VALUE INDEX FD ETF (VOOV) | A | Dividend | K | T | Buy | 01/16/19 | J | | |
| 22.   VANGUARD SECTOR INDEX FDS VG ENERGY ETF (VDE) | A | Dividend | K | T | | | | | |
| 23.   VANGUARD WORLD FUNDS VG HEALTH CARE ETF (VHT) | A | Dividend | K | T | | | | | |
| 24.   VANGUARD FTSE DEVELOPED MKTS ETF (VEA) | B | Dividend | K | T | | | | | |
| 25.   NUVEEN NASDAQ 100 DYNAMIC OVERWRITE FUND SOBI (QQQX) | B | Dividend | K | T | | | | | |
| 26.   BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 27.   RBC BANK DEPOSIT PROGRAM (cash account) | A | Interest | K | T | | | | | |
| 28.   ALTRIA GROUP INC. COMMON (MO) | B | Dividend | K | T | | | | | |
| 29.   APPLE INC (AAPL) | A | Dividend | L | T | | | | | |
| 30.   BERKSHIRE HATHAWAY CL B COMMON (BRKB) | | None | M | T | | | | | |
| 31.   CHEVRON CORP COMMON (CVX) | B | Dividend | K | T | | | | | |
| 32.   CIGNA CORP (CI) | A | Dividend | J | T | | | | | |
| 33.   CITIGROUP INC. COMMON (C) | A | Dividend | J | T | | | | | |
| 34.   COCA-COLA COMPANY COMMON (KO) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. COLGATE-PALMOLIVE COMPANY COMMON (CL) | A | Dividend | K | T | | | | | |
| 36. CONAGRA COMMON (CAG) | A | Dividend | J | T | | | | | |
| 37. DEERE & CO.-COMMON (DE) | A | Dividend | K | T | | | | | |
| 38. EXXON MOBIL CORP COMMON (XOM) | B | Dividend | K | T | | | | | |
| 39. GENERAL ELECTRIC COMPANY COMMON (GE) | A | Dividend | J | T | | | | | |
| 40. HOME DEPOT INC. COMMON (HD) | B | Dividend | L | T | | | | | |
| 41. INTEL CORPORATION COMMON (INTC) | A | Dividend | K | T | | | | | |
| 42. INTERNATIONAL BUSINESS MACHINES (IBM) | A | Dividend | J | T | | | | | |
| 43. INVESCO ETF S&P 500 EQ WT TECH (RYT) | A | Dividend | K | T | | | | | |
| 44. ISHARES NASDAQ BIOTECHNOLOGY INDEX FD (IBB) | A | Dividend | K | T | | | | | |
| 45. ISHARES RUSSELL MID CAP ETF (IWR) | A | Dividend | K | T | | | | | |
| 46. ISHARES RUSSELL 2000 ETF (IWM) | A | Dividend | K | T | | | | | |
| 47. ISHARES US PHARMACEUTICALS ETF (IHE) | A | Dividend | K | T | | | | | |
| 48. KRAFT HEINZ COMPANY COMMON (KHC) | A | Dividend | J | T | | | | | |
| 49. LAMB WESTON HOLDINGS INC COMMON STOCK (LW) | A | Dividend | J | T | | | | | |
| 50. MERCK & CO. INC. COMMON (MRK) | A | Dividend | K | T | | | | | |
| 51. MICROSOFT CORP COMMON (MSFT) | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | MONDELEZ INT. INC - COMMON (MDLZ) | A | Dividend | K | T | | | | | |
| 53. | PEPSICO INCORPORATED COMMON (PEP) | A | Dividend | K | T | | | | | |
| 54. | PFIZER INC. COMMON (PFE) | A | Dividend | K | T | | | | | |
| 55. | PHILIP MORRIS INTL INC. COMMON (PM) | C | Dividend | L | T | | | | | |
| 56. | PROCTOR & GAMBLE CO. COMMON (PG) | A | Dividend | K | T | | | | | |
| 57. | TARGET CORP COMMON (TGT) | A | Dividend | J | T | | | | | |
| 58. | US BANCORP DEL- COMMON (USB) | A | Dividend | K | T | | | | | |
| 59. | VANGUARD ADMIRAL FDS INC S&P 500 GROWTH INDEX FD ETF (VOOG) | A | Dividend | K | T | | | | | |
| 60. | VANGUARD SECTOR INDEX FDS VANGUARD INFORMATION TECHNOLOGY ETF (VGT) | A | Dividend | K | T | | | | | |
| 61. | VANGUARD WORLD FUND (VHT) | A | Dividend | K | T | | | | | |
| 62. | WALGREENS BOOT ALLIANCE INC (WBA) | A | Dividend | J | T | | | | | |
| 63. | 3M COMPANY COMMON (MMM) | B | Dividend | L | T | | | | | |
| 64. | BP PLC SPONS ADR COMMON (BP) | B | Dividend | K | T | | | | | |
| 65. | AMERICAN FUNDS EURO PACIFIC GROWTH FD CL A (AEPGX) | B | Dividend | L | T | Buy (add'l) | 12/20/19 | J | | |
| 66. | MEDTRONIC PLC COMMON (MDT) | A | Dividend | K | T | | | | | |
| 67. | INVESCO OPPENHEIMER DEVELOPING MKTS FUND-CL C (ODVCX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 68. ROYAL DUTCH SHELL PLC SPON ADR REPSTG B SHS (RDSB) | A | Dividend | K | T | | | | | |
| 69. PIMCO FOREIGN BOND FUND (PFOCX) | A | Dividend | K | T | Buy (add'l) | 12/23/19 | J | | |
| 70. PUTNAM ULTRA SHORT DURATION INCOME FUND CL A (PSDTX) | A | Dividend | K | T | Buy | 07/08/19 | K | | |
| 71. MORGAN STANLEY PVT BK C/D 08/31/20▇▇▇▇▇ | D | Interest | M | T | | | | | |
| 72. EATON VANCE NAT. MUN. OPPORTUNITIES TR (EOT) | A | Dividend | | | Sold | 07/08/19 | J | A | |
| 73. NUVEEN FLAGSHIP ALL-AMERICAN MUNICIPAL BOND FUND CL A (FLAAX) | A | Dividend | K | T | | | | | |
| 74. DESCHUTES & JEFFERSON CNTYS OR SD #02J▇▇▇▇▇ | | None | K | T | | | | | |
| 75. UNIVERSITY NC CHAPEL HILL REV STUDENT FEE & UTILITIES ▇▇▇▇▇ | | None | K | T | | | | | |
| 76. YUBA CITY CAL. UNI. SCHOOL DIST. BOND ▇▇▇▇▇ | | None | K | T | | | | | |
| 77. CHELAN CNTY WA PUD #1 COLUMBIA ELEC. & PUB POWER BOND ▇▇▇▇▇ | | None | K | T | | | | | |
| 78. FRANKLIN-MCKINLEY CAL. SCHOOL BOND ▇▇▇▇▇ | | None | K | T | | | | | |
| 79. FORT BEND CNTY TEX MUN UNTIL DI ULTLD TAX BDS▇▇▇▇▇ | A | Interest | K | T | | | | | |
| 80. ALLEN TX INDPT. SCHOOL DIST. BOND ▇▇▇▇▇ | | None | K | T | | | | | |
| 81. PENN. ST. TPK COMMON TPK TOLL ROADS BOND (4) | B | Int./Div. | K | T | | | | | |
| 82. METROPOLITAN WASH. DC ARPT. DULLES TOLL ROAD BOND ▇▇▇▇▇ | B | Interest | K | T | | | | | |
| 83. LINCOLN NATL LIFE AMER. ANNUITY (H) | | | | | | | | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 84. LVIP AMERICAN GROWTH FUND | | None | K | T | | | | | |
| 85. LVIP AMERICAN GROWTH-INCOME FUND | | None | K | T | | | | | |
| 86. IRA ACCOUNT #2 (H) | | | | | | | | | |
| 87. RBC BANK DEPOSIT PROGRAM (cash account) | A | Interest | L | T | | | | | |
| 88. ISHARES TR RUSSELL MID CAP ETF (IWR) | A | Dividend | K | T | Sold (part) | 03/04/19 | J | A | |
| 89. VANGUARD ADMIRAL FUNDS INC. S&P 500 GROWTH INDEX FUND (VOOG) | A | Dividend | K | T | | | | | |
| 90. VANGUARD ADMIRAL FDS. INC.S&P 500 VALUE INDEX (VOOV) | B | Dividend | L | T | | | | | |
| 91. VANGUARD INDEX FUNDS SMALL CAP VALUE ETF (VBR) | A | Dividend | K | T | Sold (part) | 03/04/19 | J | A | |
| 92. VANGUARD FTSE DEVELOPED MARKETS ETF (VEA) | A | Dividend | K | T | | | | | |
| 93. PUTNAM ULTRA SHORT DURATION INCOME FUND CL Y (PSDYX) | | None | L | T | Buy | 12/31/19 | L | | |
| 94. VANGUARD FTSE EMERGING MARKETS ETF FTSE EMERGING INDEX (VWO) | A | Dividend | | | Sold | 12/03/19 | J | A | |
| 95. EATON VANCE INCOME FUND BOSTON INC INST CL (EIBIX) | A | Dividend | | | Sold | 03/04/19 | J | | |
| 96. TEMPLETON GLOBAL BOND ADVISOR CL (TGBAX) | A | Dividend | | | Sold | 12/03/19 | J | | |
| 97. COLUMBIA FDS SER TR II MASS FLEX CAP INC FD I (CFIZX) | A | Dividend | J | T | | | | | |
| 98. HARTFORD MUT FDS INC BAL INC FD CL I (HBLIX) | A | Dividend | K | T | | | | | |
| 99. JPMORGAN TR I INC BLDR FD CL I (JNBSX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 100. THORNBURG INVT TR INVT INCOME BUILDER FD CL I (TIBIX) | A | Dividend | | | Sold | 03/04/19 | J | A | |
| 101. PIMCO FDS REAL ESTATE REAL RETURN STRATEGY (PETPX) | A | Dividend | | | Sold | 12/03/19 | J | B | |
| 102. BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 103. GALENA PARK TEX INDPT. SCH BOND | A | Interest | K | T | | | | | |
| 104. CLACKAMAS & WASHINGTON CNTYS EDUCATION BOND | | None | K | T | | | | | |
| 105. SOUTHERN MINNESOTA MUNI PWR BOND | | None | K | T | | | | | |
| 106. PENN ST TPK COMMN TPK TOLL ROADS BOND | B | Interest | K | T | | | | | |
| 107. BENEFICIARY SEP IRA #1 (H) | | | | | | | | | |
| 108. RBC BANK DEPOSIT PROGRAM (cash account) | A | Interest | L | T | | | | | |
| 109. ALPS ETF TR ALERIAN MLP (AMLP) | A | Dividend | | | Sold | 12/03/19 | J | | |
| 110. ISHARES RUSSELL MID CAP ETF (IWR) | A | Dividend | K | T | Sold (part) | 03/04/19 | J | B | |
| 111. JANUS INVT FD HENDERSON GLOBAL LIFE SCIENCES (JFNIX) | B | Dividend | K | T | | | | | |
| 112. T.ROWE PRICE HEALTH SCIENCES FUND INC (PRHSX) | A | Dividend | K | T | | | | | |
| 113. VANGUARD ADMIRAL FDS INC S&P 500 GROWTH INDEX FD ETF (VOOG) | A | Dividend | K | T | Sold (part) | 03/04/19 | J | B | |
| 114. VANGUARD ADMIRAL FDS INC S&P 500 VALUE INDEX FD ETF SHS (VOOV) | A | Dividend | K | T | Sold (part) | 03/04/19 | J | B | |
| 115. VANGUARD INDEX FUNDS SMALLCAP VALUE ETF (VBR) | A | Dividend | K | T | Sold (part) | 03/04/19 | J | B | |
| 116. INVESCO GLOBAL WATER ETF (PIO) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 117. T.ROWE PRICE GLOBAL TECHNOLOGY FD INC (PRGTX) | A | Dividend | K | T | | | | | |
| 118. VANGUARD DEVELOPED MARKETS INDEX FUND ADMIRAL (VTMGX) | A | Dividend | J | T | | | | | |
| 119. VANGUARD FTSE DEVELOPED MARKETS ETF (VEA) | A | Dividend | K | T | | | | | |
| 120. VANGUARD FTSE EMERGING MARKETS ETF FTSE EMERGING INDEX (VWO) | A | Dividend | K | T | | | | | |
| 121. VANGUARD INTERMEDIATE TERM BOND ETF (BIV) | A | Dividend | K | T | | | | | |
| 122. PUTNAM ULTRA SHORT DURATION INCOME FD CL Y (PSDYX) | | None | L | T | Buy | 12/31/19 | L | | |
| 123. SPDR BARCLAYS INTERNATIONAL TREASURY BOND ETF (BWX) | A | Dividend | | | Sold | 03/04/19 | J | | |
| 124. EATON VANCE INCOME FD BOSTON INC INSTL CL (EIBIX) | A | Dividend | | | Sold | 12/03/19 | J | | |
| 125. ISHARES IBOXX $ HIGH YIELD CORPORATE BOND ETF (HYG) | A | Dividend | | | Sold | 03/04/19 | J | | |
| 126. INVESCO EMERG MKTS SOV DEBT ETF (PCY) | A | Dividend | | | Sold | 03/04/19 | J | A | |
| 127. ISHARES TIPS BOND ETF (TIP) | A | Dividend | K | T | | | | | |
| 128. VANGUARD INFLATION PROTECTED SECURITIES FUND SDMIRAL CL (VAIPX) | A | Dividend | J | T | | | | | |
| 129. SPDR SERIES TRUST SPDR DB INTL GOVT INFLATION PROTECTED BOND ETF (WIP) | A | Dividend | | | Sold | 03/04/19 | J | | |
| 130. COLUMBIA FDS SER TR II MASS FLEX CAP INC (CFIZX) | B | Dividend | K | T | | | | | |
| 131. JPMORGAN TR I INC BLDR FD CL I (JNBSX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Name change: INVESCO OPPENHEIMER DEVELOPING MKTS FUND-CL C was OPPENHEIMER DEVELOPING MKTS FUND-CL C.

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/12/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Karen E. Schreier**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544